United States Bankruptcy Court

Middle District of Georgia

Albany Division

In Re:     George F. Williams                                    Case Number:  13-11730-AEC
           Tammy Teresa Johnson Williams
           3529 Wexford Dr.                                      CHAPTER 13
           Albany, GA 31721


           XXX-XX-8747
           XXX-XX-2680

---

## Notice of Objection to Claim

Please take notice, the Chapter 13 Trustee has filed an objection to your claim in this bankruptcy case.  This notice is being sent to you pursuant to FRBP 3007.

**Your claim may be reduced, modified or eliminated.**  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  ( If you do not have an attorney, you may wish to consult one. )**

If you do not want the court to eliminate or change your claim, then you or your attorney must file with the court a written response to the objection on or before January 05, 2015.  If you mail your response to the court for filing, you must mail it early enough for the court to  **receive** it on or before the date stated above.  File your original response with the United States Bankruptcy Court.

P.O. Box 1957
Macon, GA 31202
(478) 752 – 3506

Any response must also be mailed to the objecting party,  Chapter 13 Trustee, Middle District Of Ga, Columbus, GA  31902 and upon all other persons indicated on the certificate of service attached to this pleading.

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.

If any response is timely filed, a hearing will be held on **February 10, 2015** at  **2:00 pm** at CB King U.S. Courthouse, 2nd Floor, 201 W. Broad Avenue, Albany, GA.

This 3 day of December 2014.

| | |
|---|---|
| Kristin Hurst | Kyle George, Clerk |
| Chapter 13 Trustee | United States Bankruptcy Court |
| P.O. Box 1907 | P.O. Box 1957 |
| Columbus, GA 31902 | Macon, GA 31202 |
| Telephone (706) 327-4151 | Telephone (478) 752-3506 |

United States Bankruptcy Court
Middle District of Georgia
Albany Division

In Re:    George F. Williams                          Case Number:  13-11730-AEC
          Tammy Teresa Johnson Williams
          3529 Wexford Dr.                             CHAPTER 13
          Albany, GA 31721


          XXX-XX-8747
          XXX-XX-2680

---

### Objection to Claim

Now comes the standing Chapter 13 Trustee and files her objection to claim filed by  Rushmore Loan Management Services, in the amount of  $194,215.61 designated as claim no. 1 in the Courts records.

The collateral, the RESIDENCE, which was the basis of this claim, was to be surrendered according to the confirmed plan.  There has been no amendment to the claim to account for the sale of the collateral .

WHEREFORE, the Trustee prays that the Court enter an order disallowing claim no. 1.

This 3 day of December 2014.                           /s/  Kristin Hurst

P.O. Box 1907                                          A. Kristin Hurst, Trustee
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com

---

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a true and correct copy of the within and foregoing document  (1) via electronic notice to parties who are ECF Filers and Consenting Users, (2) via electronic notice to ECF Filers and Consenting Users who represent parties, or (3) depositing it in the United States mail with first class postage attached thereto to all other interested parties not served by electronic means at their addresses shown below. Bank Officers have been noticed via Certified Mail.

George F. Williams                                     Charles R. Hunt
Tammy Teresa Johnson Williams
3529 Wexford Dr.                                       (Counsel for Debtor)
Albany, GA 31721


(Debtor)


Rushmore Loan Management Services
Attn: Bankruptcy Department
Po Box 52708
Irvine, CA  926192708


(Creditor)

Rushmore Loan Management Services, Llc
Po Box 55004
Irvine, CA  92619-0000


Corporation Service Company
Registered Agent
40 Technology Pkwy., South, #300
Norcross, GA  30092-0000

United States Bankruptcy Court
Middle District of Georgia
Albany Division

In Re:     George F. Williams
           Tammy Teresa Johnson Williams
           3529 Wexford Dr.
           Albany, GA 31721

           XXX-XX-8747
           XXX-XX-2680

Case Number:  13-11730-AEC

CHAPTER 13

/s/  Kristin Hurst
_____
A. Kristin Hurst, Trustee

This 3 day of December 2014.

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com