**SO ORDERED.**

**SIGNED this 8 day of January, 2015.**



*Austin E Carter*

**Austin E. Carter
United States Bankruptcy Judge**

United States Bankruptcy Court
Middle District of Georgia
Albany Division

| | |
|---|---|
| In Re:   George F. Williams<br>Tammy Teresa Johnson Williams<br>3529 Wexford Dr.<br>Albany, GA 31721<br><br>XXX-XX-8747<br>XXX-XX-2680 | Chapter 13<br><br>Case No: 13-11730-AEC |

Order Disallowing Claim

   The objection of the Chapter 13 Trustee to claim # 1 filed by Rushmore Loan Management Services, Attn: Bankruptcy Department Po Box 52708, Irvine, CA 92619-2708, in the above referenced case, having been served upon the claimant and other parties of interest, and no response to said objection having been filed/or any filed response has been resolved or withdrawn, it is hereby

   ORDERED that claim # 1 filed by Rushmore Loan Management Services, is hereby disallowed .

END OF DOCUMENT

/s/ Kristin Hurst
_____

Kristin Hurst
CHAPTER 13 TRUSTEE

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com